223 So.2d 871

**STATE of Louisiana**

**v.**

**Chafe FRANK.**

**No. 49939.**

June 27, 1969.

In re: Chafe Frank applying for writs of certiorari, prohibition and mandamus.

Writ refused. We find no error of law in the rulings complained of.

223 So.2d 872

**Eddie DAVENPORT**

**v.**

**The LEMON TREE OF RUSTON, INC., et al.**

**No. 49955.**

June 27, 1969.

In re: The Lemon Tree of Ruston, Inc. applying for writ of certiorari.

Writ refused. The Court of Appeal, Second Circuit, being vested with appellate jurisdiction, is likewise vested with supervisory jurisdiction under the provisions of Section 29 of Article 7 of the Constitution, as amended, and application or appeal should first be made to that Court and all remedies exhausted there before invoking our supervisory jurisdiction.